MARCH 27, 1950.

*Per Curiam Decision.*

No. 653. STONE, CHAIRMAN OF THE STATE TAX COMMISSION, *v.* REICHMAN-CROSBY Co. Appeal from the Supreme Court of Mississippi. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. 28 U. S. C. § 1257 (2). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by 28 U. S. C. § 2103, certiorari is denied. *J. H. Sumrall* for appellant. *S. Rufus Creekmore* for appellee. 

*Miscellaneous Orders.*

No. 360, Misc. WAGNER *v.* LOUISIANA;
No. 366, Misc. HAINES *v.* RAGEN, WARDEN;
No. 385, Misc. PIERCE *v.* CRANOR, SUPERINTENDENT; and
No. 408, Misc. TAYLOR *v.* SQUIER, WARDEN. The motions for leave to file petitions for writs of habeas corpus in these cases are severally denied.

No. 407, Misc. COUTURE *v.* CRANOR, SUPERINTENDENT. The motion for leave to file petition for writ of certiorari is denied.

No. 439, Misc. IN RE O'NEILL. The petition is denied. *Thomas J. O'Neill, pro se.*

*Certiorari Granted.*